UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                 :
                                                                       :        ORDER
           -v-                                                       :
                                                                       :        20-CR-471 (ER)
CHRISTOPHER MYREE,                          :
                                                                       :
                                   Defendant.         :
------------------------------------------------------------ X

Ramos, D.J.:

The telephone conference previously scheduled for 10:30 a.m. on December 1, 2020, is hereby rescheduled for **9:00 a.m. on December 1, 2020.**

Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

SO ORDERED.

Dated:  November 25, 2020
           New York, New York

_____
Edgardo Ramos
United States District Judge