# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
―――――
Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

**MEMO ENDORSED**

November 29, 2020

BY ECF

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, New York 10007

> The December 1 status conference is adjourned to December 15, 2020, at 12:00 PM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/30/2020
> New York, New York

Re:     United States v Myree
        20 Cr. 471    (ER)

Dear Judge Ramos:

    I am the attorney for Christopher Myree in this matter pursuant to CJA. On November 25, the parties were notified by the Court of a change in time of the December 1 conference in this matter from 10:30 AM to 9:00 AM. I write without objection from the government to seek a postponement of the conference because the re-scheduled time conflicts with a previously scheduled sentence I must attend before Hon. Sterling Johnson in the EDNY.

    AUSA Thomas Wright informs me of his belief that due to the manner in which remote conferences are currently scheduled by the clerk's office, the instant conference likely will be pushed into the week of Monday, December 14. Mr. Wright further indicates he is available with the exception of Tuesday, December 15 at 9:00 and 11:00 AM. I am available that week with the exception of December 18.

    Thank you very much for your attention to this matter.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc