

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 30, 2020

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/1/2020__
> New York, New York

Re:    *United States v. Christopher Myree*, 20 CR 471 (ER)

Dear Judge Ramos,

The Government respectfully submits this letter with the consent of the defendant to request an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from December 1, 2020 through December 15, 2020, the date of the conference that was adjourned earlier today on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the conference go forward at a time when his counsel is available to appear, during the interim to which the defendant may continue to consider both the availability of pre-trial motions and the possibility of a pre-trial disposition given certain recently provided discovery.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorneys
(212) 637-2295 / 2493

cc: Robert Soloway (Counsel to Defendant Christopher Myree) (by ECF)