UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :          ORDER
          -v-                            :
                                         :          20-CR-471 (ER)
CHRISTOPHER MYREE,                       :
                                         :
                    Defendant.           :
------------------------------------------------------------ X

Ramos, D.J.:

      The status conference currently scheduled for January 15, 2021 at 10:30 a.m. will occur remotely by telephone.

      Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

      SO ORDERED.

Dated: January 7, 2021
      New York, New York

                                              Edgardo Ramos
                                       United States District Judge