## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
—————
Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

**MEMO ENDORSED**

January 13, 2021

BY ECF

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

Re: United States v Myree
Dkt No: 20 Cr 471 (ER)

Dear Judge Ramos:

I write without objection of the government, by AUSA Thomas Wright, to respectfully request a one month extension of the January 15 conference date in this matter. I have a medical appointment scheduled for 10:30 AM on the date of the conference which it is important for me to attend, and which creates a conflict for me with this matter. I am currently in the process of reviewing discovery turned over by the government, and discussing it with my client. I am also in continuing discussions with the government concerning possible disposition, which the parties will more fully be in a position to report about in February than at this time. There is no defense objection to an exclusion of speedy trial until the next conference date in this matter.

Thank you very much for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

---

The January 15 status conference is adjourned to February 19, 2021, at 10:30 a.m. Speedy trial time is excluded from January 15, 2021 until February 19, 2021, in the interest of justice. SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 1/14/2021
New York, New York