# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

December 24, 2021

BY ECF

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/27/2021

**MEMO ENDORSED**

Re: United States v. Christoper Myree
    Ind. #: 20 Cr. 471 (ER)

Dear Judge Ramos:

    I write to respectfully request a 60 day adjournment of the sentencing in this matter to a date in early March, 2022 convenient to the Court. I am currently working to obtain records and other materials relevant to sentence, and require additional time to prepare a full and complete sentencing presentation in this matter. I have written the prosecutor's office seeking its position, and by AUSA Thomas Wright, the government has no objection to the instant application.

    Thank you very much for your attention. If your Honor desires further information, it is requested that the parties be contacted.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Thomas John Wright
    (by ECF)
RAS:sc

---

Sentencing is adjourned to March 3, 2022 at 4 p.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 12/27/2021
New York, New York