# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
—
Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/1/2022

**MEMO ENDORSED**

February 28, 2022

BY ECF

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

> Sentencing is adjourned to April 20, 2022 at 4:15 p.m. Defendant's sentencing submission is due April 1, 2022. The government's submission is due April 8, 2022.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 3/1/2022
> New York, New York

Re:  United States v. Christoper Myree
     Ind. #: 20 Cr. 471 (ER)

Dear Judge Ramos:

    I write to respectfully request a second adjournment of the sentencing in this matter to a date in mid to late April convenient to the Court, and apologize for the lateness of this extension request. I seek until Friday, April 1 to make the defense submission. Also, I continue working to obtain records and other materials relevant to sentence from family members of my client, who inform me they have been delayed due to illness in the family. For this reason, I am compelled to seek a second extension of the date for sentence in this matter; but have assurances from family of my client that matters are now ready to move forward promptly. I have communicated with the prosecutor's office seeking its position, and by AUSA Thomas Wright, the government has no objection to the instant application.

    Thank you very much for your attention. If your Honor desires further information, it is requested that the parties be contacted.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Thomas John Wright
    (by ECF)
RAS:sc