# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 13, 2023

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Christopher Myree
20 Cr. 471 (ER)

Dear Judge Ramos:

I represented Mr. Christopher Myree in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 19.5 hours assisting me in this matter. Much of that time involved necessary investigation and research in connection with sentence, nunc pro tunc to March 29, 2022.

I apologize for not seeking pre-approval of the hours of my associate, but I respectfully pray that the Court will approve payment at an hourly rate of $95.00 for associate time in this matter.

Thank you very much.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RS/sc

---

The application for approval of associate hours is granted, nunc pro tunc to March 29, 2022. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/14/2023
New York, New York